UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA TURESIN,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF SUNNYVALE, et al.,<br><br>            Defendants. | Case No. 15-cv-04551 NC<br><br>**ORDER TO SHOW CAUSE RE: SERVICE OF DEFENDANTS; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 9 |

Plaintiff Turesin filed this unlawful arrest and excessive force suit on October 2, 2015. Dkt. Nos. 1, 2. Under recently amended Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Under the federal rules, Turesin was required to serve all defendants by December 31, 2015. Turesin is ordered to show good cause for her failure to serve Defendants within the prescribed time or risk dismissal without prejudice. She is ordered to file a motion showing good cause by January 11, 2016.

Turesin has also requested a continuance of the initial case management conference to April of 2016. Dkt. No. 9. The Court grants the motion in part and continues the case management conference to March 9, 2016. A joint case management statement must be

Case No. 15-cv-04551 NC

filed by March 2, 2016.

**IT IS SO ORDERED.**

Dated: January 4, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-04551 NC                2