UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA TURESIN,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF SUNNYVALE, et al.,<br><br>            Defendants. | Case No. 15-cv-04551 NC<br><br>**ORDER EXTENDING TIME FOR SERVICE OF DEFENDANTS TO FEBRUARY 19, 2016**<br><br>Re: Dkt. No. 11 |

In this excessive force case, plaintiff Turesin failed to serve the defendants within 90 days. Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Here, Turesin has responded to the Court's order to show cause and has shown good cause for her failure to timely serve the defendants. Dkt. No. 11. Therefore, the Court extends the time for service of the defendants to February 19, 2016.

**IT IS SO ORDERED.**

Dated: January 20, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-04551 NC