UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA TURESIN,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF SUNNYVALE, and others,<br><br>        Defendants. | Case No. 15-cv-04551 NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On January 20, 2016, this Court extended time for service of defendants to February 19, 2016. Dkt. No. 12. Yet plaintiff has not filed proof that she has served any defendant. Additionally, plaintiff has not filed a case management conference statement that was due by March 9. Dkt. No. 13.

Accordingly, plaintiff must show cause in writing by March 14 why this case should not be dismissed without prejudice for failure to serve the complaint and for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 11, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-03800 NC